# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STEPHEN LOUIS SHERMOND BUFORD**                                     **PLAINTIFF**
**ADC # 116840**

VS.                                     4:24-CV-00778-BRW-JTK

**WELL PATH, et al.**                                                 **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. Buford's timely filed objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, this case is DISMISSED without prejudice as duplicative of an earlier-filed case.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 3rd day of October, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE